From: Charles Bunton
Allred Unit, TDCJ #1143771
2101 FM 369 North
Iowa Park, TX 76367

60,852-07

February 18, 2015

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 24 2015
Abel Acosta, Clerk

Dear Clerk:

On March 14, 2014 in cause no. WR-60,852-07 My "Original application for writ of mandamus was received and presented to the Court."

On April 2, 2014 "the Court...denied without written order Motion for leave to file..."

This Court was aware that the requirement to file a "motion for leave to file", was repealed long before I filed mandamus writ # WR-60,852-07. The writ itself was never ruled upon and I am requesting this Court to rule on that mandamus' issues presented therein. The 3rd C.O.A. entered a void judgment and void order on direct appeal, where my conviction was wrongly affirmed. On direct appeal — my conviction was wrongly affirmed on direct appeal.

Respectfully,

Charles Bunton